**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MORSE, RICHARD A. <br>      MORSE, JOYCE L. <br><br> Debtor(s) | §   Case No. 11-82728 <br> § <br> § <br> § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 16, 2011. The undersigned trustee was appointed on June 06, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      62,886.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 197.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 62,688.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/15/2012 and the deadline for filing governmental claims was 08/15/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,146.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,146.45, for a total compensation of $6,146.45.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/24/2013         By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82728  
**Case Name:** MORSE, RICHARD A.  
MORSE, JOYCE L.  
**Period Ending:** 04/24/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/24/11 (c)  
**§341(a) Meeting Date:** 10/03/11  
**Claims Bar Date:** 08/15/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real estate located at: 8077 Prince Charming Lan  Orig. Asset Memo: Imported from original petition Doc# 1 | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking and savings accounts with First Nationa  Orig. Asset Memo: Imported from original petition Doc# 1 | 2.00 | 0.00 | | 0.00 | FA |
| 3 | Checking at Blackhawk Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household goods and furnishings  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing  Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Potential workers compensation claim  Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 7 | 2006 Ford Freestar  Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1998 Ford Windstar  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Two tablesaws and other miscellaneous tools  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Inheritance (u) | Unknown | 62,886.00 | | 62,886.00 | FA |
| **10** | **Assets**  **Totals** (Excluding unknown values) | **$183,452.00** | **$62,886.00** | | **$62,886.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 04/24/2013 01:32 PM   V.13.13

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-82728
**Case Name:** MORSE, RICHARD A.
MORSE, JOYCE L.
**Period Ending:** 04/24/13

**Trustee:**  (330420)  JAMES E. STEVENS
**Filed (f) or Converted (c):** 08/24/11 (c)
**§341(a) Meeting Date:** 10/03/11
**Claims Bar Date:** 08/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**     April 24, 2013          **Current Projected Date Of Final Report (TFR):**     April 24, 2013  (Actual)

Case 11-82728   Doc 54   Filed 05/08/13   Entered 05/08/13 13:37:36   Desc Main
Document      Page 5 of 12

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82728  
**Case Name:** MORSE, RICHARD A.  
MORSE, JOYCE L.  
**Taxpayer ID #:** **-***9545  
**Period Ending:** 04/24/13  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******11-66 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/12 | {10} | Lori L. Hallock | partial distribution of inheritance | 1249-000 | 20,886.00 | | 20,886.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,861.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.74 | 20,818.26 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.23 | 20,777.03 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | 9999-000 | | 20,777.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,886.00 | 20,886.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,777.03 | |
| | | | **Subtotal** | | 20,886.00 | 108.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,886.00** | **$108.97** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-82728  
**Case Name:** MORSE, RICHARD A.  
MORSE, JOYCE L.  
**Taxpayer ID #:** **-***9545  
**Period Ending:** 04/24/13

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****168066 - Checking Account  
**Blanket Bond:** $178,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,777.03 | | 20,777.03 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.87 | 20,745.16 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.84 | 20,717.32 |
| 03/28/13 | {10} | Lori L. Hallock | sale of Tucson home/inheritance | 1249-000 | 42,000.00 | | 62,717.32 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.80 | 62,688.52 |
| | | | **ACCOUNT TOTALS** | | 62,777.03 | 88.51 | $62,688.52 |
| | | | Less: Bank Transfers | | 20,777.03 | 0.00 | |
| | | | **Subtotal** | | 42,000.00 | 88.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,000.00** | **$88.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******11-66 | 20,886.00 | 108.97 | 0.00 |
| Checking # ****168066 | 42,000.00 | 88.51 | 62,688.52 |
| | $62,886.00 | $197.48 | $62,688.52 |

{} Asset reference(s)                                                                                                  Printed: 04/24/2013 01:32 PM     V.13.13

| Printed: 04/24/13 01:32 PM | **Claims Distribution Register** | Page: 1 |

**Case: 11-82728    MORSE, RICHARD A.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 5 | 08/24/11 | 100 | Wells Fargo Dealer Services, Inc.<br>POB 19657<br>Irving, CA 92623<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 8,000.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/24/11 | 200 | U.S. Bankruptcy Court<br>211 South Court Street<br>Rockford, IL 61101<br><2700-00   Clerk of the Court Costs (includes adversary and other filing fees)><br>Motion to Reopen Bankruptcy Estate; Filing Fee Deferred 4/23/12. | 0.00 | 260.00 | 0.00 | 260.00 | 260.00 |
| | 08/24/11 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,028.00 | 1,028.00 | 0.00 | 1,028.00 | 1,028.00 |
| | 08/24/11 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 57929.03] | 6,146.45 | 6,146.45 | 0.00 | 6,146.45 | 6,146.45 |
| | | | **Total for Priority 200:   100% Paid** | **$7,174.45** | **$7,434.45** | **$0.00** | **$7,434.45** | **$7,434.45** |
| | | | **Total for Admin Ch. 7 Claims:** | **$7,174.45** | **$7,434.45** | **$0.00** | **$7,434.45** | **$7,434.45** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/01/11 | 610 | Cardiology Associates<br>1758 Park Place<br>Suite 401<br>Montgomery, AL 36106<br><7100-00   General Unsecured § 726(a)(2)> | 564.39 | 564.39 | 0.00 | 564.39 | 564.39 |
| 2 | 07/19/11 | 610 | Mututal Management Services<br>PO Box 4777<br>Rockford, IL 61110-4777<br><7100-00   General Unsecured § 726(a)(2)> | 1,809.38 | 1,809.38 | 0.00 | 1,809.38 | 1,809.38 |
| 3 | 07/28/11 | 610 | CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111<br><7100-00   General Unsecured § 726(a)(2)> | 10,377.25 | 10,377.25 | 0.00 | 10,377.25 | 10,377.25 |

(*) Denotes objection to Amount Filed

Printed: 04/24/13 01:32 PM　　　　**Claims Distribution Register**　　　　Page: 2

## Case: 11-82728　　MORSE, RICHARD A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 4 | 08/03/11 | 610 | MARATHON PETROLEUM COMPANY LP<br>539 S MAIN ST<br>FINDLAY, OH 45840<br><7100-00   General Unsecured § 726(a)(2)> | 553.44 | 553.44 | 0.00 | 553.44 | 553.44 |
| 5 | 08/24/11 | 610 | Wells Fargo Dealer Services, Inc.<br>POB 19657<br>Irvine, CA 92623<br><7100-00   General Unsecured § 726(a)(2)> | 1,185.18 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 6 | 08/10/11 | 610 | ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>POB 5229<br>CINCINNATI, OH 45201-5229<br><7100-00   General Unsecured § 726(a)(2)> | 1,014.20 | 1,014.20 | 0.00 | 1,014.20 | 1,014.20 |
| 7 | 08/19/11 | 610 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-00   General Unsecured § 726(a)(2)> | 18,897.80 | 18,897.80 | 0.00 | 18,897.80 | 18,897.80 |
| 8 | 09/07/11 | 610 | Swedish American Medical Group<br>PO Box 1567<br>Rockford, IL 61110<br><7100-00   General Unsecured § 726(a)(2)> | 498.25 | 498.25 | 0.00 | 498.25 | 498.25 |
| 9 | 06/18/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 16,414.77 | 16,414.77 | 0.00 | 16,414.77 | 16,414.77 |
| | | | **Total for Priority 610:   100% Paid** | **$51,314.66** | **$50,129.48** | **$0.00** | **$50,129.48** | **$50,129.48** |
| 1I | 07/01/11 | 640 | Cardiology Associates<br>1758 Park Place<br>Suite 401<br>Montgomery, AL 36106<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.89 | 1.89 | 0.00 | 1.89 | 1.89 |
| 2I | 07/19/11 | 640 | Mututal Management Services<br>PO Box 4777<br>Rockford, IL 61110-4777<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 6.05 | 6.05 | 0.00 | 6.05 | 6.05 |
| 3I | 07/28/11 | 640 | CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 34.70 | 34.70 | 0.00 | 34.70 | 34.70 |

(*) Denotes objection to Amount Filed

Printed: 04/24/13 01:32 PM            **Claims Distribution Register**            Page: 3

**Case: 11-82728   MORSE, RICHARD A.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4I | 08/03/11 | 640 | MARATHON PETROLEUM COMPANY LP<br>539 S MAIN ST<br>FINDLAY, OH 45840<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 1.85 | 1.85 | 0.00 | 1.85 | 1.85 |
| 6I | 08/10/11 | 640 | ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>POB 5229<br>CINCINNATI, OH 45201-5229<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 3.39 | 3.39 | 0.00 | 3.39 | 3.39 |
| 7I | 08/19/11 | 640 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 63.19 | 63.19 | 0.00 | 63.19 | 63.19 |
| 8I | 09/07/11 | 640 | Swedish American Medical Group<br>PO Box 1567<br>Rockford, IL 61110<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 1.67 | 1.67 | 0.00 | 1.67 | 1.67 |
| 9I | 06/18/12 | 640 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 54.88 | 54.88 | 0.00 | 54.88 | 54.88 |
| | | | **Total for Priority 640:   100% Paid** | **$167.62** | **$167.62** | **$0.00** | **$167.62** | **$167.62** |
| SURPLUS | 06/16/11 | 650 | MORSE, RICHARD A.<br>8077 PRINCE CHARMING LANE<br>ROSCOE, IL 61073<br><8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 4,956.97 | 4,956.97 | 0.00 | 4,956.97 | 4,956.97 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$56,439.25** | **$55,254.07** | **$0.00** | **$55,254.07** | **$55,254.07** |
| | | | **Total for Case :** | **$71,613.70** | **$62,688.52** | **$0.00** | **$62,688.52** | **$62,688.52** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-82728
Case Name: MORSE, RICHARD A.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 62,688.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Wells Fargo Dealer Services, Inc. | 8,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 62,688.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 6,146.45 | 0.00 | 6,146.45 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,028.00 | 0.00 | 1,028.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 7,434.45
Remaining balance: $ 55,254.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 55,254.07

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 55,254.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,129.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cardiology Associates | 564.39 | 0.00 | 564.39 |
| 2 | Mututal Management Services | 1,809.38 | 0.00 | 1,809.38 |
| 3 | CR Evergreen II, LLC | 10,377.25 | 0.00 | 10,377.25 |
| 4 | MARATHON PETROLEUM COMPANY LP | 553.44 | 0.00 | 553.44 |
| 6 | ELAN FINANCIAL SERVICES | 1,014.20 | 0.00 | 1,014.20 |
| 7 | eCAST Settlement Corporation, assignee | 18,897.80 | 0.00 | 18,897.80 |
| 8 | Swedish American Medical Group | 498.25 | 0.00 | 498.25 |
| 9 | FIA CARD SERVICES, N.A. | 16,414.77 | 0.00 | 16,414.77 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 50,129.48 |
| Remaining balance: | $ | 5,124.59 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 5,124.59 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 5,124.59 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $167.62. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,956.97.

**UST Form 101-7-TFR (05/1/2011)**