# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MORSE, RICHARD A. § Case No. 11-82728
      MORSE, JOYCE L. §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/05/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/24/2013         By:  /s/JAMES E. STEVENS
                                                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MORSE, RICHARD A. § Case No. 11-82728
MORSE, JOYCE L. §
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 62,886.00 |
| *and approved disbursements of* | $ 197.48 |
| *leaving a balance on hand of* [1] | $ 62,688.52 |
| **Balance on hand:** | $ 62,688.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Wells Fargo Dealer Services, Inc. | 8,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 62,688.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 6,146.45 | 0.00 | 6,146.45 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,028.00 | 0.00 | 1,028.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,434.45 |
| Remaining balance: | $ 55,254.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 55,254.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 55,254.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,129.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cardiology Associates | 564.39 | 0.00 | 564.39 |
| 2 | Mututal Management Services | 1,809.38 | 0.00 | 1,809.38 |
| 3 | CR Evergreen II, LLC | 10,377.25 | 0.00 | 10,377.25 |
| 4 | MARATHON PETROLEUM COMPANY LP | 553.44 | 0.00 | 553.44 |
| 6 | ELAN FINANCIAL SERVICES | 1,014.20 | 0.00 | 1,014.20 |
| 7 | eCAST Settlement Corporation, assignee | 18,897.80 | 0.00 | 18,897.80 |
| 8 | Swedish American Medical Group | 498.25 | 0.00 | 498.25 |
| 9 | FIA CARD SERVICES, N.A. | 16,414.77 | 0.00 | 16,414.77 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 50,129.48 |
| Remaining balance: | $ | 5,124.59 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 5,124.59 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 5,124.59 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $167.62. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,956.97.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                            Case No. 11-82728-TML
Richard A. Morse                                                  Chapter 7
Joyce L. Morse
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett            Page 1 of 2       Date Rcvd: May 08, 2013
                              Form ID: pdf006           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2013.
db/jdb       +Richard A. Morse,   Joyce L. Morse,   8077 Prince Charming Lane,   Roscoe, IL 61073-9391
17420509      BANK OF AMERICA,    Bankruptcy Department,   P.O. Box 26012, NC41050314,
               Greensboro, NC 27420-6012
17420510      Blatt Hasenmiller Leibsker & Moore,   125 South Wacker Drive,   Suite 400,
               Chicago, IL 60606-4440
17420511     +Cardiology Associates,    1758 Park Place,   Suite 401,   Montgomery, AL 36106-1135
17420512     +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
17601504      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17420513      Chase Home Finance,    PO Box 29505,   Phoenix, AZ 85038-9505
17420514      Citibank,   P.O. Box 6003,   Hagerstown, MD 21747-6003
19047587      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
17420516     +First National Bank,    5360 Bridge Street,   Roscoe, IL 61073-9430
17420517     +Law office of Frederick T. Enslen,    PO Box 240848,   Montgomery, AL 36124-0848
17420518      Marathon Ashland Petro,    539 S. Main Street,   Findlay, OH 45840-3229
17555782      Mututal Management Services,    PO Box 4777,   Rockford, IL 61110-4777
17768801     +Northern Illinois Medical Group,    5301 E State St.,   Suite 101,   Rockford, IL 61108-2388
17420519     +PENNCRO ASSOCIATES,    95 James Way, Suite 113,   Southampton, PA 18966-3837
17420520     +Swedish American Hospital,    PO BOX 310283,   Des Moines, IA 50331-0283
17420521     +Swedish American Medical Group,    PO Box 1567,   Rockford, IL 61110-0067
17653775    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   ELAN FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,   POB 5229,
               CINCINNATI, OH 45201-5229)
17420522     +Wells Fargo Auto Finance,    PO Box 29704,   Phoenix, AZ 85038-9704
17635680      Wells Fargo Dealer Services, Inc.,    PO Box 19657,   Irvine, CA 92623-9657
17690686      eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17780381      E-mail/Text: resurgentbknotifications@resurgent.com May 09 2013 00:53:13      CR Evergreen II, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17627739     +E-mail/Text: mpcbankruptcy@marathonpetroleum.com May 09 2013 01:07:17
               MARATHON PETROLEUM COMPANY LP,   539 S MAIN ST,   FINDLAY  OH 45840-3229
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17420515*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   ELAN FINANCIAL SERVICES,    Cardmember Services,   P.O. Box 1216,
               Milwaukee, WI 53201-1216)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013**          **Signature:**   *[signature: Joseph Speetjens]*

```
District/off: 0752-3          User: vgossett            Page 2 of 2            Date Rcvd: May 08, 2013
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2013 at the address(es) listed below:

```
          Brian A Hart    on behalf of Debtor Richard A. Morse brian@joneshart.com,
           vanessa@rockfordbankruptcy.com
          Brian A Hart    on behalf of Joint Debtor Joyce L. Morse brian@joneshart.com,
           vanessa@rockfordbankruptcy.com
          Carole J. Ryczek    on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
          Fiona M. Whelan    on behalf of Trustee Lydia  Meyer fwhelan00@hotmail.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```