# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MORSE, RICHARD A. | § | Case No. 11-82728 |
| MORSE, JOYCE L. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $183,452.00<br>*(without deducting any secured claims)* | Assets Exempt: $39,752.00 |
| Total Distribution to Claimants: $50,297.10 | Claims Discharged<br>Without Payment: $23,161.66 |
| Total Expenses of Administration: $7,631.93 | |

3) Total gross receipts of $ 62,886.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 4,956.97 (see **Exhibit 2** ), yielded net receipts of $57,929.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $168,000.00 | $8,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,371.93 | 7,631.93 | 7,631.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,225.00 | 51,488.33 | 50,303.15 | 50,297.10 |
| **TOTAL DISBURSEMENTS** | $220,225.00 | $66,860.26 | $57,935.08 | $57,929.03 |

4)  This case was originally filed under Chapter 7 on June 16, 2011. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/04/2013            By:  /s/JAMES E. STEVENS
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1249-000 | 62,886.00 |
| **TOTAL GROSS RECEIPTS** | | $62,886.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MORSE, RICHARD A. | Dividend paid 100.00% on $4,956.97; Claim# SURPLUS; Filed: $4,956.97; Reference: we will pay interest claims to claimants instead of Court | 8200-002 | 0.00 |
| MORSE, RICHARD A. | Dividend paid 100.00% on $4,956.97; Claim# SURPLUS; Filed: $4,956.97; Reference: | 8200-002 | 4,956.97 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,956.97 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Wells Fargo Dealer Services, Inc. | 4110-000 | N/A | 8,000.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Auto Finance* | 4110-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 159,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $168,000.00 | $8,000.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 6,146.45 | 6,146.45 | 6,146.45 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 260.00 | 260.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,028.00 | 1,028.00 | 1,028.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.74 | 42.74 | 42.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.23 | 41.23 | 41.23 |
| Rabobank, N.A. | 2600-000 | N/A | 31.87 | 31.87 | 31.87 |
| Rabobank, N.A. | 2600-000 | N/A | 27.84 | 27.84 | 27.84 |
| Rabobank, N.A. | 2600-000 | N/A | 28.80 | 28.80 | 28.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,371.93 | $7,631.93 | $7,631.93 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cardiology Associates | 7100-000 | 564.39 | 564.39 | 564.39 | 564.39 |
| 1I | Cardiology Associates | 7990-000 | N/A | 1.89 | 1.89 | 1.89 |
| 2 | Mututal Management Services | 7100-000 | N/A | 1,809.38 | 1,809.38 | 1,809.38 |
| 2I | Mututal Management Services | 7990-000 | N/A | 6.05 | 6.05 | 0.00 |
| 3 | CR Evergreen II, LLC | 7100-000 | 10,377.00 | 10,377.25 | 10,377.25 | 10,377.25 |
| 3I | CR Evergreen II, LLC | 7990-000 | N/A | 34.70 | 34.70 | 34.70 |
| 4 | MARATHON PETROLEUM COMPANY LP | 7100-000 | 449.00 | 553.44 | 553.44 | 553.44 |
| 4I | MARATHON PETROLEUM COMPANY LP | 7990-000 | N/A | 1.85 | 1.85 | 1.85 |
| 5 | Wells Fargo Dealer Services, Inc. | 7100-000 | N/A | 1,185.18 | 0.00 | 0.00 |
| 6 | ELAN FINANCIAL SERVICES | 7100-000 | 765.00 | 1,014.20 | 1,014.20 | 1,014.20 |
| 6I | ELAN FINANCIAL SERVICES | 7990-000 | N/A | 3.39 | 3.39 | 3.39 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 18,897.80 | 18,897.80 | 18,897.80 |
| 7I | eCAST Settlement Corporation, assignee | 7990-000 | N/A | 63.19 | 63.19 | 63.19 |
| 8 | Swedish American Medical Group | 7100-000 | 500.00 | 498.25 | 498.25 | 498.25 |
| 8I | Swedish American Medical Group | 7990-000 | N/A | 1.67 | 1.67 | 1.67 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | 16,414.00 | 16,414.77 | 16,414.77 | 16,414.77 |
| 9I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 54.88 | 54.88 | 54.88 |
| NOTFILED | Law office of Frederick T. Enslen | 7100-000 | 1,824.81 | N/A | N/A | 0.00 |
| NOTFILED | PENNCRO ASSOCIATES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 7100-000 | 985.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 18,897.80 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsker & Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 1,448.00 | N/A | N/A | 0.00 |
| | Clerk of the Bankruptcy Court | 7990-000 | N/A | 6.05 | 6.05 | 6.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,225.00 | $51,488.33 | $50,303.15 | $50,297.10 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-82728 | **Trustee:**  (330420)   JAMES E. STEVENS |
| **Case Name:**  MORSE, RICHARD A. | **Filed (f) or Converted (c):**  08/24/11 (c) |
|  MORSE, JOYCE L. | **§341(a) Meeting Date:**  10/03/11 |
| **Period Ending:** 12/04/13 | **Claims Bar Date:**  08/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1    Real estate located at: 8077 Prince Charming Lan<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 170,000.00 | 0.00 | | 0.00 | FA |
| 2    Checking and savings accounts with First Nationa<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2.00 | 0.00 | | 0.00 | FA |
| 3    Checking at Blackhawk Bank<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 4    Misc. household goods and furnishings<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5    Clothing<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 6    Potential workers compensation claim<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 7    2006 Ford Freestar<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 8    1998 Ford Windstar<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9    Two tablesaws and other miscellaneous tools<br> Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10    Inheritance  (u) | Unknown | 62,886.00 | | 62,886.00 | FA |
| **10**    **Assets**    Totals (Excluding unknown values) | **$183,452.00** | **$62,886.00** | | **$62,886.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 11-82728 | **Trustee:** (330420) JAMES E. STEVENS |
| **Case Name:** MORSE, RICHARD A. | **Filed (f) or Converted (c):** 08/24/11 (c) |
| MORSE, JOYCE L. | **§341(a) Meeting Date:** 10/03/11 |
| **Period Ending:** 12/04/13 | **Claims Bar Date:** 08/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | April 24, 2013 | **Current Projected Date Of Final Report (TFR):** | April 24, 2013 (Actual) |

Exhibit 9

# **Form 2**

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** | 11-82728 |
| **Case Name:** | MORSE, RICHARD A. |
| | MORSE, JOYCE L. |
| **Taxpayer ID #:** | **-***9545 |
| **Period Ending:** | 12/04/13 |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******11-66 - Checking Account |
| **Blanket Bond:** | $277,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/12 | {10} | Lori L. Hallock | partial distribution of inheritance | 1249-000 | 20,886.00 | | 20,886.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,861.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.74 | 20,818.26 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.23 | 20,777.03 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033042088<br>20130117 | 9999-000 | | 20,777.03 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 20,886.00 | 20,886.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 20,777.03 |
| **Subtotal** | 20,886.00 | 108.97 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$20,886.00** | **$108.97** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-82728 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** MORSE, RICHARD A. | **Bank Name:** Rabobank, N.A. |
| MORSE, JOYCE L. | **Account:** ****168066 - Checking Account |
| **Taxpayer ID #:** **-***9545 | **Blanket Bond:** $277,000.00  (per case limit) |
| **Period Ending:** 12/04/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,777.03 | | 20,777.03 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.87 | 20,745.16 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.84 | 20,717.32 |
| 03/28/13 | {10} | Lori L. Hallock | sale of Tucson home/inheritance | 1249-000 | 42,000.00 | | 62,717.32 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.80 | 62,688.52 |
| 06/05/13 | 10101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:  we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 2700-000 | | 260.00 | 62,428.52 |
| 06/05/13 | 10101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:  we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | 2700-000 | | -260.00 | 62,688.52 |
| 06/05/13 | 10102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,028.00, Attorney for Trustee Fees (Trustee Firm);  Reference: we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 3110-000 | | 1,028.00 | 61,660.52 |
| 06/05/13 | 10102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,028.00, Attorney for Trustee Fees (Trustee Firm);  Reference: we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | 3110-000 | | -1,028.00 | 62,688.52 |
| 06/05/13 | 10103 | JAMES E. STEVENS | Dividend paid 100.00% on $6,146.45, Trustee Compensation;  Reference:  we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 2100-000 | | 6,146.45 | 56,542.07 |
| 06/05/13 | 10103 | JAMES E. STEVENS | Dividend paid 100.00% on $6,146.45, Trustee Compensation;  Reference:  we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | 2100-000 | | -6,146.45 | 62,688.52 |
| 06/05/13 | 10104 | Cardiology Associates | Dividend paid 100.00% on $564.39; Claim# 1; Filed: $564.39; Reference:  we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 7100-000 | | 564.39 | 62,124.13 |
| 06/05/13 | 10104 | Cardiology Associates | Dividend paid 100.00% on $564.39; Claim# 1; | 7100-000 | | -564.39 | 62,688.52 |

| | | | | Subtotals : | $62,777.03 | $88.51 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 11-82728 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** MORSE, RICHARD A. | **Bank Name:** Rabobank, N.A. |
| MORSE, JOYCE L. | **Account:** ****168066 - Checking Account |
| **Taxpayer ID #:** **-***9545 | **Blanket Bond:** $277,000.00  (per case limit) |
| **Period Ending:** 12/04/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $564.39; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | | | | |
| 06/05/13 | 10105 | Mututal Management Services | Dividend paid 100.00% on $1,809.38; Claim# 2; Filed: $1,809.38; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 1,809.38 | 60,879.14 |
| 06/05/13 | 10105 | Mututal Management Services | Dividend paid 100.00% on $1,809.38; Claim# 2; Filed: $1,809.38; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7100-000 | | -1,809.38 | 62,688.52 |
| 06/05/13 | 10106 | CR Evergreen II, LLC | Dividend paid 100.00% on $10,377.25; Claim# 3; Filed: $10,377.25; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 10,377.25 | 52,311.27 |
| 06/05/13 | 10106 | CR Evergreen II, LLC | Dividend paid 100.00% on $10,377.25; Claim# 3; Filed: $10,377.25; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7100-000 | | -10,377.25 | 62,688.52 |
| 06/05/13 | 10107 | MARATHON PETROLEUM COMPANY LP | Dividend paid 100.00% on $553.44; Claim# 4; Filed: $553.44; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 553.44 | 62,135.08 |
| 06/05/13 | 10107 | MARATHON PETROLEUM COMPANY LP | Dividend paid 100.00% on $553.44; Claim# 4; Filed: $553.44; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7100-000 | | -553.44 | 62,688.52 |
| 06/05/13 | 10108 | ELAN FINANCIAL SERVICES | Dividend paid 100.00% on $1,014.20; Claim# 6; Filed: $1,014.20; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 1,014.20 | 61,674.32 |
| 06/05/13 | 10108 | ELAN FINANCIAL SERVICES | Dividend paid 100.00% on $1,014.20; Claim# 6; Filed: $1,014.20; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7100-000 | | -1,014.20 | 62,688.52 |
| 06/05/13 | 10109 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $18,897.80; Claim# 7; Filed: $18,897.80; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 18,897.80 | 43,790.72 |
| 06/05/13 | 10109 | eCAST Settlement Corporation, | Dividend paid 100.00% on $18,897.80; Claim# | 7100-000 | | -18,897.80 | 62,688.52 |

| | Subtotals : | $0.00 | $0.00 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-82728 |
| **Case Name:** | MORSE, RICHARD A. |
| | MORSE, JOYCE L. |
| **Taxpayer ID #:** | **-***9545 |
| **Period Ending:** | 12/04/13 |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****168066 - Checking Account |
| **Blanket Bond:** | $277,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | assignee | 7; Filed: $18,897.80; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | | | | |
| 06/05/13 | 10110 | Swedish American Medical Group | Dividend paid 100.00% on $498.25; Claim# 8; Filed: $498.25; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 498.25 | 62,190.27 |
| 06/05/13 | 10110 | Swedish American Medical Group | Dividend paid 100.00% on $498.25; Claim# 8; Filed: $498.25; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7100-000 | | -498.25 | 62,688.52 |
| 06/05/13 | 10111 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $16,414.77; Claim# 9; Filed: $16,414.77; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7100-000 | | 16,414.77 | 46,273.75 |
| 06/05/13 | 10111 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $16,414.77; Claim# 9; Filed: $16,414.77; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7100-000 | | -16,414.77 | 62,688.52 |
| 06/05/13 | 10112 | Mututal Management Services | Dividend paid 100.00% on $6.05; Claim# 2I; Filed: $6.05; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7990-000 | | 6.05 | 62,682.47 |
| 06/05/13 | 10112 | Mututal Management Services | Dividend paid 100.00% on $6.05; Claim# 2I; Filed: $6.05; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7990-000 | | -6.05 | 62,688.52 |
| 06/05/13 | 10113 | CR Evergreen II, LLC | Dividend paid 100.00% on $34.70; Claim# 3I; Filed: $34.70; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7990-000 | | 34.70 | 62,653.82 |
| 06/05/13 | 10113 | CR Evergreen II, LLC | Dividend paid 100.00% on $34.70; Claim# 3I; Filed: $34.70; Reference:  we will pay interest claims to claimants instead of Court Voided: check issued on 06/05/13 | 7990-000 | | -34.70 | 62,688.52 |
| 06/05/13 | 10114 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $63.19; Claim# 7I; Filed: $63.19; Reference:  we will pay interest claims to claimants instead of Court Voided on 06/05/13 | 7990-000 | | 63.19 | 62,625.33 |
| 06/05/13 | 10114 | eCAST Settlement Corporation, | Dividend paid 100.00% on $63.19; Claim# 7I; | 7990-000 | | -63.19 | 62,688.52 |

Subtotals :          $0.00          $0.00

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-82728 |
| Case Name: | MORSE, RICHARD A. |
| | MORSE, JOYCE L. |
| Taxpayer ID #: | **-***9545 |
| Period Ending: | 12/04/13 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****168066 - Checking Account |
| Blanket Bond: | $277,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assignee | Filed: $63.19; Reference:  we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | | | | |
| 06/05/13 | 10115 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $54.88; Claim# 9I; Filed: $54.88; Reference:  we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 7990-000 | | 54.88 | 62,633.64 |
| 06/05/13 | 10115 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $54.88; Claim# 9I; Filed: $54.88; Reference:  we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | 7990-000 | | -54.88 | 62,688.52 |
| 06/05/13 | 10116 | MORSE, RICHARD A. | Dividend paid 100.00% on $4,956.97; Claim# SURPLUS; Filed: $4,956.97; Reference:  we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 8200-002 | | 4,956.97 | 57,731.55 |
| 06/05/13 | 10116 | MORSE, RICHARD A. | Dividend paid 100.00% on $4,956.97; Claim# SURPLUS; Filed: $4,956.97; Reference:  we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | 8200-002 | | -4,956.97 | 62,688.52 |
| 06/05/13 | 10117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  we will pay interest claims to claimants instead of Court<br>Voided on 06/05/13 | 7990-000 | | 8.80 | 62,679.72 |
| 06/05/13 | 10117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  we will pay interest claims to claimants instead of Court<br>Voided: check issued on 06/05/13 | 7990-000 | | -8.80 | 62,688.52 |
| 06/05/13 | 10118 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 62,428.52 |
| 06/05/13 | 10119 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,028.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,028.00 | 61,400.52 |
| 06/05/13 | 10120 | JAMES E. STEVENS | Dividend paid 100.00% on $6,146.45, Trustee Compensation;  Reference: | 2100-000 | | 6,146.45 | 55,254.07 |
| 06/05/13 | 10121 | Cardiology Associates | Dividend paid 100.00% on $564.39; Claim# 1; Filed: $564.39; Reference: | 7100-000 | | 564.39 | 54,689.68 |
| 06/05/13 | 10122 | Mututal Management Services | Dividend paid 100.00% on $1,809.38; Claim# 2; Filed: $1,809.38; Reference: | 7100-000 | | 1,809.38 | 52,880.30 |
| 06/05/13 | 10123 | CR Evergreen II, LLC | Dividend paid 100.00% on $10,377.25; Claim# | 7100-000 | | 10,377.25 | 42,503.05 |

Subtotals :          $0.00     $20,185.47

{} Asset reference(s)

Printed: 12/04/2013 03:01 PM   V.13.13

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-82728 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** MORSE, RICHARD A. | **Bank Name:** Rabobank, N.A. |
| MORSE, JOYCE L. | **Account:** ****168066 - Checking Account |
| **Taxpayer ID #:** **-***9545 | **Blanket Bond:** $277,000.00 (per case limit) |
| **Period Ending:** 12/04/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 3; Filed: $10,377.25; Reference: | | | | |
| 06/05/13 | 10124 | MARATHON PETROLEUM COMPANY LP | Dividend paid 100.00% on $553.44; Claim# 4; Filed: $553.44; Reference: | 7100-000 | | 553.44 | 41,949.61 |
| 06/05/13 | 10125 | ELAN FINANCIAL SERVICES | Dividend paid 100.00% on $1,014.20; Claim# 6; Filed: $1,014.20; Reference: | 7100-000 | | 1,014.20 | 40,935.41 |
| 06/05/13 | 10126 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $18,897.80; Claim# 7; Filed: $18,897.80; Reference: | 7100-000 | | 18,897.80 | 22,037.61 |
| 06/05/13 | 10127 | Swedish American Medical Group | Dividend paid 100.00% on $498.25; Claim# 8; Filed: $498.25; Reference: | 7100-000 | | 498.25 | 21,539.36 |
| 06/05/13 | 10128 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $16,414.77; Claim# 9; Filed: $16,414.77; Reference: | 7100-000 | | 16,414.77 | 5,124.59 |
| 06/05/13 | 10129 | Cardiology Associates | Dividend paid 100.00% on $1.89; Claim# 1I; Filed: $1.89; Reference: | 7990-000 | | 1.89 | 5,122.70 |
| 06/05/13 | 10130 | Mututal Management Services | Dividend paid 100.00% on $6.05; Claim# 2I; Filed: $6.05; Reference:<br>Stopped on 09/17/13 | 7990-000 | | 6.05 | 5,116.65 |
| 06/05/13 | 10131 | CR Evergreen II, LLC | Dividend paid 100.00% on $34.70; Claim# 3I; Filed: $34.70; Reference: | 7990-000 | | 34.70 | 5,081.95 |
| 06/05/13 | 10132 | MARATHON PETROLEUM COMPANY LP | Dividend paid 100.00% on $1.85; Claim# 4I; Filed: $1.85; Reference: | 7990-000 | | 1.85 | 5,080.10 |
| 06/05/13 | 10133 | ELAN FINANCIAL SERVICES | Dividend paid 100.00% on $3.39; Claim# 6I; Filed: $3.39; Reference: | 7990-000 | | 3.39 | 5,076.71 |
| 06/05/13 | 10134 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $63.19; Claim# 7I; Filed: $63.19; Reference: | 7990-000 | | 63.19 | 5,013.52 |
| 06/05/13 | 10135 | Swedish American Medical Group | Dividend paid 100.00% on $1.67; Claim# 8I; Filed: $1.67; Reference: | 7990-000 | | 1.67 | 5,011.85 |
| 06/05/13 | 10136 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $54.88; Claim# 9I; Filed: $54.88; Reference: | 7990-000 | | 54.88 | 4,956.97 |
| 06/05/13 | 10137 | MORSE, RICHARD A. | Dividend paid 100.00% on $4,956.97; Claim# SURPLUS; Filed: $4,956.97; Reference: | 8200-002 | | 4,956.97 | 0.00 |
| 09/17/13 | 10130 | Mututal Management Services | Dividend paid 100.00% on $6.05; Claim# 2I; Filed: $6.05; Reference:<br>Stopped: check issued on 06/05/13 | 7990-000 | | -6.05 | 6.05 |
| 09/18/13 | 10138 | Clerk of the Bankruptcy Court | uncashed check  10130 Mutual Management Claim #21 | 7990-000 | | 6.05 | 0.00 |

| | | | | Subtotals : | $0.00 | $42,503.05 | |

{} Asset reference(s)

Printed: 12/04/2013 03:01 PM   V.13.13

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 11-82728 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | MORSE, RICHARD A. | | Bank Name: | Rabobank, N.A. |
| | MORSE, JOYCE L. | | Account: | ****168066 - Checking Account |
| Taxpayer ID #: | **-***9545 | | Blanket Bond: | $277,000.00  (per case limit) |
| Period Ending: | 12/04/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 62,777.03 | 62,777.03 | $0.00 |
| | | | Less: Bank Transfers | | 20,777.03 | 0.00 | |
| | | | Subtotal | | 42,000.00 | 62,777.03 | |
| | | | Less: Payments to Debtors | | | 4,956.97 | |
| | | | NET Receipts / Disbursements | | $42,000.00 | $57,820.06 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******11-66 | 20,886.00 | 108.97 | 0.00 |
| Checking # ****168066 | 42,000.00 | 57,820.06 | 0.00 |
| | $62,886.00 | $57,929.03 | $0.00 |

{} Asset reference(s)

Printed: 12/04/2013 03:01 PM    V.13.13